DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID MCINTOSH**
Appellant,

v.

**PHILIP C. IGLEHART, Trustee of the Bluefield Ranch Mitigation Bank Trust**
Appellee.

No. 4D20-1157

[October 15, 2020]

Non-final appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2018-CA-003874.

Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, and Curtis Alva of Alva & Gleizer, PLLC, West Palm Beach, for appellant.

Michael J. Napoleone of Day Pitney LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***